IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RICHARD H. CAREY,** | 2:07-cv-01642-MCE-KJM (HC) |
| Petitioner, | **ORDER** |
| v. | |
| **D. K. SISTO, Warden,** | |
| Respondent. | |

FOR GOOD CAUSE SHOWN, Respondent is hereby GRANTED an extension of time of thirty days, up to and including March 5, 2008, in which to file a response to the Petition for Writ of Habeas Corpus.

Dated: February 7, 2008.

_____
U.S. MAGISTRATE JUDGE

1