IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD H. CAREY,

      Petitioner,      No. CIV S-07-1642 MCE KJM P

  vs.

D.K. SISTO, Warden,

      Respondents.      <u>ORDER</u>

/

      In light of the district judge's order filed on March 30, 2009, respondents are directed to file a response to claims one, two and three of the petition filed August 10, 2007 within thirty days of the date of this order. Petitioner's traverse, if any, is due within thirty days of the filing of the answer.

      IT IS SO ORDERED.

DATED: April 29, 2009.

                           U.S. MAGISTRATE JUDGE

2
care1642.ord