1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD H. CAREY,

     Petitioner,                   No. CIV S-07-1642 MCE CHS P

   vs.

D.K. SISTO, Warden,

     Respondent.               <u>ORDER</u>

_____/

        Petitioner is a state prison inmate proceeding pro se with a petition for a writ of habeas corpus under 28 U.S.C. § 2254. Petitioner is challenging his March 9, 2006, denial of parole. On August 13, 2009, this matter was reassigned from the previous Magistrate Judge to the undersigned. After reviewing the record it does not appear that a complete copy of the transcripts of the March 9, 2006, parole hearing have been lodged.

        Therefore, IT IS ORDERED that Respondent lodge a complete copy of the transcripts of the March 9, 2006, parole hearing within 21 days of the date of this order.

DATED: September 1, 2009

                                      CHARLENE H. SORRENTINO
                                      UNITED STATES MAGISTRATE JUDGE